1  **BETTS, RUBIN & McGUINNESS, A Professional Corporation**
Attorneys at Law
2  907 Santa Fe Avenue, Suite 201
Fresno, California 93721
3  Telephone: (559) 438-8500
Facsimile:   (559) 438-6959
4

5  Joseph D. Rubin (State Bar #149920)
Brady K. McGuinness (State Bar #172548)

6  Attorneys for Defendants Christine L. Tanner, Jerry W. Tanner, Shazad Bhai dba Z's
Smoke Shop, Hussain Kulsum dba Z's Smoke Shop
7

8                            UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10
11  RONALD MOORE,                          )   Case No.   1:15-CV-00496- SAB
                                           )
12              Plaintiff,                 )  STIPULATION AND ORDER TO
                                           )  EXTEND THE TIME FOR DEFENDANTS TO
13         v.                              )  RESPOND TO THE COMPLAINT
                                           )
14  CHRISTINE L. TANNER; JERRY W.          )  Complaint Served on:     4/10/2015
    TANNER; SHAZAD BHAI dba Z'S SMOKE      )
15  SHOP; HUSSAIN KULSUM dba Z'S           )
    SMOKE SHOP;                            )
                                           )
16              Defendants.                )
17                                         )

1       Plaintiff Ronald Moore and Defendants Christine L. Tanner, Jerry W. Tanner,
2  Shazad Bhai dba Z's Smoke Shop, Hussain Kulsum dba Z's Smoke Shop, by and
3  through their counsel of record, hereby stipulate to an extension of time so that
4  Defendants shall have until June 30, 2015, to respond to the Complaint.
5       Good cause exists for this extension because a Certified Access Specialist
6  inspected the property in question on May 15, 2015, and the parties are in the process of
7  reviewing the CASp Inspection Report, evaluating the alleged access barriers set forth in
8  Plaintiff's Complaint, and discussing the possibility of an informal, global resolution of this
9  dispute without the time and expense of further litigation.   In particular, permitting this
10 extension of time to respond to the Complaint will allow Defendants avoid the cost of
11 preparing a formal response to the Complaint if the parties are able to resolve this dispute
12 prior to June 30, 2015.
13
14 Dated:    May 29, 2015            MOORE LAW FIRM, P.C.
15
                                    By   /s/ Tanya E. Moore
16                                         Tanya E. Moore
                                    Attorney for Plaintiff, Ronald Moore
17
18
19 Dated:    May 29, 2015            BETTS, RUBIN & McGUINNESS

20                                  By   /s/ Brady K. McGuinness
                                           Brady K. McGuinness
21                                  Attorneys for Defendants Christine L. Tanner,
                                    Jerry W. Tanner, Shazad Bhai dba Z's Smoke
22                                  Shop, Hussain Kulsum dba Z's Smoke Shop
23
24
25
26
27
28                                      ˇ 2 ˇ

1     In accordance with the foregoing, the stipulation of the parties is approved.

2

3  IT IS SO ORDERED.

4  Dated:   **May 29, 2015**

                            UNITED STATES MAGISTRATE JUDGE