# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>      v.<br><br>CHRISTINE L. TANNER, et al.,<br><br>           Defendants. | Case No.  1:15-cv-00496---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>July 30, 2015 Deadline |

On June 30, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

   1. All pending matters and dates are VACATED; and

   2. The parties shall file dispositional documents on or before July 30, 2015

IT IS SO ORDERED.

Dated:  __**July 1, 2015**__

UNITED STATES MAGISTRATE JUDGE